**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Alberto Tomas YOUNGBLOOD,**
**Defendant–Appellant.**

No. 04–50603.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 10, 2006.

Mark Randolph Stelmach, Assistant U.S. Attorney, Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas San Antonio, TX for Plaintiff–Appellee.

Walter Mabry Reaves, Jr., Law Offices of Walter Reaves, West, TX, for Defendant–Appellant.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.

 R. 47.5.4.

142

Before GARWOOD, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Alberto Youngblood appeals from the district court's order denying his motion to dismiss the Government's request for discovery and directing Youngblood to answer the Government's discovery.

This court must examine the basis of its jurisdiction on its own motion if necessary. *Mosley v. Cozby*, 813 F.2d 659, 660 (5th Cir.1987). Orders directing or denying discovery are not final decisions within the meaning of 28 U.S.C. § 1291 and are not appealable except under limited circumstances not presented in this case. *See Branch v. Phillips Petroleum Co.*, 638 F.2d 873, 877–78 (5th Cir.1981).

APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5STH CIR. R. 47.5.4.